UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SUCAFINA NA INC., <br><br> Petitioner, <br><br> - against - <br><br> GREEN COFFEE COMPANY HOLDINGS LLC <br><br> Respondent. | Civ____ (____) <br><br> **NOTICE OF PETITION TO COMPEL ARBITRATION PURSUANT TO 9 U.S.C. §§201-208, 1-16** |

PLEASE TAKE NOTICE that, on the Petition of Sucafina NA Inc. ("Petitioner"), dated July 11 2025, the Affirmation of Jean Robert Menos dated July 10, 2025 and the exhibits thereto and the memorandum of law, Petitioner will move this Court at the United States Courthouse, 500 Pearl Street, New York, NY 10007, Southern District of New York, on a date as may be determined by the Court, for an Order pursuant to the New York Convention, 9 U.S.C. §201-208, and the Federal Arbitration Act, 9 U.S.C. §1-16, compelling Respondent to arbitrate in accordance with the Agreement between the parties and before the Panel of arbitrators currently appointed.

PLEASE TAKE FURTHER NOTICE that Respondent shall submit answering papers within twenty-one (21) days of service and Petitioner shall file a reply within seven (7) days of receipt of the answering papers.

Dated: New York, New York
      July 11, 2025

                                                    Respectfully submitted,

                                          By:  /s/ Marisa Marinelli_____
                                                 Marisa Marinelli
                                                 Carolina Lopez
                                                 HOLLAND & KNIGHT LLP
                                                 *Counsel for Petitioner*

737 Seventh Avenue
New York, NY 10019
Telephone: (212) 513-3200
Facsimile: (212) 385-9010
Email: Marisa.marinelli@hklaw.com
carolina.lopez@hklaw.com