UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUCAFINA NA INC., <br><br> Petitioner, <br><br> -against- <br><br> GREEN COFFEE COMPANY HOLDINGS LLC, <br><br> Respondent. | Case No. 1:25-cv-05752 (JLR) <br><br> **ORDER** |

JENNIFER L. ROCHON, United States District Judge:

On July 11, 2025, Petitioner filed a complaint seeking to compel arbitration. Dkt. 1. Petitioner has not yet docketed an affidavit of service.

Accordingly, it is hereby ORDERED that Petitioner shall docket forthwith a certificate of service proving that Petitioner properly served Respondent.

It is further, ORDERED that Petitioner shall file and serve any additional materials with which they intend to support their petition to compel arbitration by **July 28, 2025**. Respondent's opposition, or a letter stating there is not any opposition, is due by **August 25, 2025**. Petitioner's reply, if any, is due by **September 2, 2025**.

Dated: July 14, 2025
New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge