UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUCAFINA NA INC., <br><br> Plaintiff, <br><br> -against- <br><br> GREEN COFFEE COMPANY HOLDINGS LLC, <br><br> Defendant. | Case No. 1:25-cv-05752 (JLR) <br><br> **ORDER** |

JENNIFER L. ROCHON, United States District Judge:

    The Parties are HEREBY ORDERED to appear before the Court on November 13, 2025 at 3:00 p.m. in Courtroom 20B, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, for oral argument on the pending motion to compel arbitration.

Dated: November 7, 2025
       New York, New York

                                              SO ORDERED.

                                              JENNIFER L. ROCHON
                                              United States District Judge